IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-CV-00872-REB-MJW**

PEOPLE OF THE STATE OF COLORADO,

Plaintiff(s),

v.

LLOYD TAMBLINGSON,

Defendant(s).

MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that the Plaintiff's Motion to Be Relieved from Submitting the Parties' Proposed Scheduling Order (docket no.14) is GRANTED. The Rule 16 Scheduling Conference set for July 29, 2005, at 9:30 a.m. shall be converted to a Status Conference. The parties shall be prepared at the Status Conference to give this court an update on the state proceedings concerning the employment records for Dawn Tamblingson.

Date:  July 26, 2005