**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-00872-REB -MJW

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

LLOYD TAMBLINGSON,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter is before be on the United States' Motion to Remand to State Court [#13], filed July 15, 2005.  For the reasons stated in the motion, I conclude that this matter is moot and should be remanded to the state court.

**THEREFORE, IT IS ORDERED** as follows:

1) That the United States' Motion to Remand to State Court [#13], filed July 15, 2005, is **GRANTED**;

2) That this case is **REMANDED** to the District Court, El Paso County, Colorado, 20 E. Vermijo, Colorado Springs, Colorado, 80903, Case Number 04-CR-5070; and

3) That the above captioned case is **DISMISSED** as moot.

    Dated August 4, 2005, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Robert E. Blackburn
                                      Robert E. Blackburn
                                      United States District Judge